UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1813163-BKC-LMI

**CHAPTER 13**

IN RE:

Miriam Nunez

Debtor

*Reinstate*

**Honorable Court**

**Your Honor**

**Laurel M Isicoff**

**Chief United States Bankrupptcy Judge**

I presented myself in August of 2017 requesting a bankruptcy file in Chapter 13, my previous bankruptcy had been dismissed.

You gave me place to be able to do it. Case Number 16-25449LMI

Now again I find that my case was dismissed because it resulted in Wells Fargo taking the property out of bankruptcy and continuing in the Folclousure.

I request your majesty to continue bankruptcy with other lawyers, since the study of lawyer Michael Frank after the dismissed of my case did not continue, I did not know more about them.

And I request that the money of the trustee be returned to me directly to continue the payments of creditors in a total of $ 8295.51

Please Judge request your help one more time.

305-4843909

07/24/2018